QUIÑONES *v.* EL REGISTRADOR DE LA PROPIEDAD.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas.

No. 111.—Resuelto en marzo 11, 1912.

CANCELACIÓN DE HIPOTECA—CORPORACIONES—PRESIDENTE DE UNA CORPORACIÓN.—
El registrador de la propiedad inscribió una escritura de cancelación de hipoteca con el defecto subsanable de no haberse acreditado debidamente las facultades que por la junta de directores de la Porto Rican Leaf Tobacco Company le fueron conferidas a su presidente para hacer dicha cancelación. Recurrida la nota se resolvió que apareciendo de la misma escritura que en el artículo 4 del reglamento de la Porto Rican Leaf Tobacco Company se dió a su presidente entre otras facultades la de cancelar hipotecas, es indudable que tenía tal facultad y que la escritura no adolece del defecto subsanable apuntado.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Rafael Arce.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Por escritura pública otorgada en 9 de noviembre de 1911 ante el Notario Don Rafael Arce Rollet, Don Luis Toro Passarell, como Presidente de la "Porto Rican Leaf Tobacco Co.," canceló hipotecas constituídas a favor de dicha corporación sobre tres fincas rústicas sitas en el término municipal de Gurabo; y presentada copia de dicha escritura al Registrador de la Propiedad de Caguas, verificó éste las inscripciones de cancelación con el defecto subsanable de no haberse acreditado debidamente las facultades que por el Board de Directores de la Porto Rican Leaf Tobacco Co. le fueron conferidas a su Presidente Don Luis Toro Passerell para cancelar dichas hipotecas, según así lo hizo constar en nota de veinte de diciembre del año citado.

La expresada nota ha sido recurrida en cuanto al defecto subsanable en la misma apuntado.

Examinada la escritura de cancelación, aparece de la misma que en el artículo 4°. del Reglamento de la "Porto Rican Leaf Tobacco Co." se consignó que su Presidente *podía dar y cobrar créditos y aceptar y cancelar las hipotecas que los garantizaran;* y como el Registrador de Caguas reconoce que Don Luis Toro Passarell es Presidente de dicha corporación, cuyo carácter también está justificado, es indudable que aquél tiene la facultad de cancelar hipotecas de que ha hecho uso al otorgar la escritura de que se trata.

Por las razones expuestas, debe revocarse la nota del Registrador de la Propiedad de Caguas en la parte que ha sido recurrida y declararse que la escritura de cancelación de hipotecas es inscribible sin el defecto subsanable apuntado.

*Revocada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.